IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TAYLOR P. MCDERMOTT,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-cv-01558-MLP<br><br>ORDER |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will offer the claimant the opportunity for a hearing; further develop the record as needed; further evaluate the claimant's subjective symptom complaints; further evaluate the medical opinions and prior administrative medical findings; continue through the sequential evaluation process, as necessary; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Page 1     ORDER
          2:24-CV-01558-MLP

DATED this 25th day of March, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Sarah Moum
Sarah Moum
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov